| | |
|---|---|
| THE GORDON LAW GROUP<br>SAMUEL GORDON, ESQ. (SBN 305045)<br>1885 The Alameda, Suite 210<br>San Jose, CA 95126<br>Telephone: (408) 286-1351<br>Fax: (408) 503-0954<br>Email: SamuelGordonEsq@gmail.com<br><br>Attorney for Plaintiff *JULIO AREVALO*<br><br>JON A. HEABERLIN—BAR NO. 199810<br>jon@rankinstock.com<br>RANKIN \| STOCK \| HEABERLIN \| ONEAL<br>96 No. Third Street, Suite 500<br>San Jose, California 95112-7709<br>Telephone: (408) 293-0463<br>Facsimile: (408) 293-9514<br><br>Attorney for Defendants *CITY OF PALO ALTO*<br>*(also sued as "PALO ALTO POLICE DEPARTMENT"),*<br>*CHIEF ROBERT JONSEN,*<br>*LT. BEN BECCHETTI, LISA SCHEFF*<br><br>MARK E. DAVIS—BAR NO. 79936<br>mdavis@davisyounglaw.com<br>ERIC J. BENGTSON—BAR NO. 254167<br>eric@davisyounglaw.com<br>STEVEN B. DIPPELL—BAR NO. 121217<br>sdippell@davisyounglaw.com<br>DAVIS & YOUNG, APLC<br>1960 The Alameda, Suite 210<br>San Jose, CA 95126<br>Telephone: (669) 245-4200<br>Facsimile: (408) 985-1814<br><br>Attorneys for Defendant *POLICE AGENT THOMAS ALAN DESTEFANO, JR.* | DALE L. ALLEN, JR.—BAR NO. 145279<br>dallen@aghwlaw.com<br>KEVIN P. ALLEN—BAR NO. 252290<br>kallen@aghwlaw.com<br>ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP<br>180 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>Telephone: (415) 697-2000<br>Facsimile: (415) 813-2045<br><br>Attorneys for Defendants<br>*SGT. DUJUAN E. GREEN and*<br>*OFC. IAN JOHNSON*<br><br>TODD H. MASTER —BAR NO. 185881<br>tmaster@hrmrlaw.com<br>HOWARD ROME MARTIN & RIDLEY LLP<br>1900 O'Farrell Street, Suite 280<br>San Mateo, CA 94403<br>Telephone: (650) 365-7715<br>Facsimile: (650) 364-5297<br><br>Attorneys for Defendants<br>*PALO ALTO POLICE SGT. JOHN ALANIZ*<br>*PALO ALTO POLICE OFFICER NICK ENBERG*<br>*PALO ALTO POLICE OFFICER BRIAN CONNELLY*<br>*PALO ALTO POLICE OFFICER SASCHA PRIESS*<br>*(named herein as PALO ALTO POLICE OFFICER PRIESS)* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO AREVALO,<br><br>  Plaintiff,<br><br> vs.<br><br>CITY OF PALO ALTO, et al.,<br><br>  Defendants, | Case No**.: 3:20-CV-04157-CRB**<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER DISMISSING REMAINDER OF CASE (INCLUDING DEFENDANT CITY OF PALO ALTO) WITH PREJUDICE, RETENTION OF JURISDICTION TO ENFORCE TERMS OF SETTLEMENT** |

IT IS HEREBY STIPULATED by and between the parties to this action[1] through their designated counsel that:

1. The Court, and specifically Mag. Judge Laurel Beeler, shall retain jurisdiction pursuant to Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375 (1994) to enforce the terms of this settlement, which were memorialized on the record before the Hon. Laurel Beeler on May 18, 2022, and which the main terms are as follows: a) The City of Palo Alto shall pay to Plaintiff Julio Arevalo the total sum of $150,000; b) Plaintiff shall release all Defendants and associated parties which either were named or could have been named in this action; c) Plaintiff and his counsel The Gordon Law Group shall bear any liens which may exist in this matter, including but not limited to any liens for medical care or attorney's fees; and d) Defendants disputed liability in this matter and the payment of this settlement should not be construed as an admission of liability.

---

[1] The individual Defendants have been previously dismissed. Out of an abundance of caution and to effect the requirements of FRCP 41(a)(1)(A)(ii), all counsel are executing this Stipulation even though some represent parties that have already been dismissed.

2. Defendant CITY OF PALO ALTO (also sued as "City of Palo Alto Police Department"), and all remaining Defendants (including DOE Defendants) shall be dismissed with prejudice pursuant to FRCP 41(a)(1); and

3. The effectiveness of this Stipulation is conditioned on the District Court's entry of an Order retaining jurisdiction.

GORDON LAW GROUP
 */s/ Samuel J. Gordon*
Samuel J. Gordon, Esq.
Counsel for Plaintiff, *Julio Arevalo*
**Dated: /s/ Aug. 22, 2022**

RANKIN | STOCK | HEABERLIN, etc.
 */s/ Jon A. Heaberlin*
Jon A. Heaberlin, Esq.
Counsel for Defendants, *City of Palo Alto, Palo Alto Police Department, and (previously-dismissed) Defendants Chief Jonsen, and Lt. Becchetti.*
**Dated: /s/ Aug. 1, 2022**

HOWARD ROME MARTIN & RIDLEY LLP
/s/ Todd H. Master
Todd H. Master, Esq.
Counsel for (previously-dismissed) Defendants, *Palo Alto Police Sgt. John Alaniz, Officer Nick Enberg, Officer Brian Connelly, Officer Sascha Priess*
**Dated: /s/ Aug. 3, 2022**

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
 */s/ Kevin P. Allen*
Kevin P. Allen, Esq.
Counsel for (previously-dismissed) Defendants, *Sgt. Dujuan E. Green and Officer Ian Johnson*
***Dated: /s/ Aug. 4, 2022***

DAVIS & YOUNG, APLC

 */s/ Steven B. Dippell*
Steven B. Dippell, Esq.
Counsel for (previously-dismissed) Defendant, *Police Agent Thomas Alan DeStefano, Jr.*
**Dated:   /s/ Aug. 1, 2022**

## ORDER

THE PARTIES HAVING STIPULATED, the Court orders the following:

1. This Court, and specifically Mag. Judge Laurel Beeler, shall retain jurisdiction pursuant to Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375 (1994) to enforce the terms of this settlement, which were memorialized on the record before the Hon. Laurel Beeler on May 18, 2022, and which the main terms are as follows: a) The City of Palo Alto shall pay to Plaintiff Julio Arevalo the total

sum of $150,000; b) Plaintiff shall release all Defendants and associated parties which either were named or could have been named in this action; c) Plaintiff and his counsel The Gordon Law Group shall bear any liens which may exist in this matter, including but not limited to any liens for medical care or attorney's fees; and d) Defendants disputed liability in this matter and the payment of this settlement is not to be construed as an admission of liability.

2. Defendant CITY OF PALO ALTO (also sued as "City of Palo Alto Police Department"), and all remaining Defendants (including DOE Defendants) shall be dismissed with prejudice pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED.**

DATED: November 21, 2022

By: _____
JUDGE OF THE U.S. DISTRICT COURT

sum of $150,000; b) Plaintiff shall release all Defendants and associated parties which either were named or could have been named in this action; c) Plaintiff and his counsel The Gordon Law Group shall bear any liens which may exist in this matter, including but not limited to any liens for medical care or attorney's fees; and d) Defendants disputed liability in this matter and the payment of this settlement is not to be construed as an admission of liability.

2. Defendant CITY OF PALO ALTO (also sued as "City of Palo Alto Police Department"), and all remaining Defendants (including DOE Defendants) shall be dismissed with prejudice pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED.**

DATED: November 21, 2022

By: _____
JUDGE OF THE U.S. DISTRICT COURT